

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00395-CV

Loida Eunice **SAGASTUME**,
Appellant

v.

Brian and Ashley **HAYWOOD**,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV03887
Honorable John Longoria, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED September 18, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice